PER CURIAM.
Affirmed. MacKenzie v. Super Kids Bargain Store, 565 So.2d 1332 (Fla.1990); Argonaut Ins. Co. v. May Plumbing Co., 474 So.2d 212 (Fla.1985); Crane Co. v. Fine, 221 So.2d 145 (Fla.1969); Grossman v. Sea Air Towers, Ltd., 513 So.2d 686 (Fla. 3d DCA 1987), rev. denied, 520 So.2d 584 (Fla.1988); Singer v. Star, 510 So.2d 637 (Fla. 4th DCA 1987); Solutec Corp. v. Young & Lawrence Assocs., 243 So.2d 605 (Fla. 4th DCA 1971).